| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Warren, David M. | 2. Court or Organization U.S. Bankruptcy Court - Eastern District of North Carolina | 3. Date of Report 5/11/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

Century Station Post Office and Courthouse
300 Fayetteville Street, Room 323
Raleigh, NC 27601-1749

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chairman | FRMT, Ltd. |
| 2. Chairman | Turner W. Battle Scholarship Trust (Rocky Mount Academy) |
| 3. Director | Paramount Condominium Homeowners Association, Inc. |
| 4. President | 9 Shearwater Street Condominium Owners Association, Inc. |
| 5. Manager | 9 Shearwater LLC |
| 6. Manager | Roofjumpers LLC |
| 7. Manager | McLash LLC |
| 8. Adjunct Professor | Norman A. Wiggins School of Law (Campbell University) |
| 9. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1/1991 | Poyner Spruill LLP Retirement Plan, former law firm. This is a qualifed pension plan that was discontinued in approximately 1991. |
| 2. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 5/11/2019 |

3.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 9/17/18 | Campbell University -Salary | $1,539.00 |
| 2. 10/22/18 | Campbell University-Salary | $1,539.00 |
| 3. 11/14/18 | Campbell University-Salary | $1,539.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 7/26-29/18 | Amelia Island, FL | Seminar | transporation, lodging food |
| 2. | Eastern Bankruptcy Institute, Inc. | 6/1-3/2018 | Myrtle Beach, SC | Seminar | transportation, lodging, food |
| 3. | FRMT Ltd. | 6/6-7/2018 | Indianapolis, IN | Board Meeting | transportation, lodging, food |
| 4. | FRMT Ltd. | 4/18-19/2018 | Chicago, IL | Board Meeting | transportation, lodging, food |
| 5. | Kappa Alpha Order | 11/15-16//2018 | Winston-Salem, NC | Board Meeting | transportation, lodging, food |
| 6. | National Conference of Bankruptcy Judges | 10/27-31/2018 | San Antonio, TX | Annual Meeting | lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 5/11/2019 |

| | | | | |
|---|---|---|---|---|
| 7. N.C. Bar Association | 11/1-2/2018 | Pinehurst, NC | NC Bar Association Annual Bankruptcy Institute | lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 5/11/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sound Bank | Personal Guaranty on Loan to a Limited Liability Company | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 5/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Purchasee Money Mortgage Held by LLC | D | Dividend | L | T | | | | | |
| 2. Rental Raleigh, Wake County, NC (50% interest) | D | Rent | M | W | | | | | |
| 3. House, Investment, Littleton, NC (50% interest) | | None | O | W | | | | | |
| 4. House, Wrightsville Beach, NC (1/3 interest) | | None | N | W | | | | | |
| 5. Northwestern Mutual Life Whole Life Policy | C | Dividend | M | T | | | | | |
| 6. National Life Whole Life Policy | B | Dividend | K | T | | | | | |
| 7. Mutual Trust Whole Life Policy | A | Dividend | K | T | | | | | |
| 8. Allergan PLC (AGN) DIRA | A | Dividend | | | Sold | 05/23/18 | K | A | |
| 9. Anheuser-Busch Inbev (BUD DIRA | B | Dividend | K | T | | | | | |
| 10. B&G Foods (BGS) DIRA | B | Dividend | K | T | Buy | 01/11/18 | K | | |
| 11. Boeing (BA) DIRA | B | Dividend | | | Sold | 1/22/18 | M | F | |
| 12. Clorox (CLX) DIRA | B | Dividend | L | T | | | | | |
| 13. Coca Cola (KO) DIRA | B | Dividend | K | T | | | | | |
| 14. Conagra Foods (CAG) DIRA | A | Dividend | | | Sold | 05/23/18 | K | D | |
| 15. Cummins (CMI) DIRA | B | Dividend | K | T | | | | | |
| 16. Dieago (DEO) DIRA | A | Dividend | K | T | | | | | |
| 17. Disney Walt Co (DIS) DIRA | A | Dividend | K | T | Buy | 02/08/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 5/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dominion Energy Inc (D) DIRA | B | Dividend | K | T | Buy | 01/11/18 | K | | |
| 19. Eaton Corp (ETN) DIRA | B | Dividend | K | T | | | | | |
| 20. Emerson Electric (EMR) DIRA | A | Dividend | K | T | | | | | |
| 21. Exxon Mobil (XOM) DIRA | B | Dividend | K | T | | | | | |
| 22. Garrett Motion Inc (GTX) DIRA | A | Dividend | J | T | Spinoff (from line 27) | 10/01/18 | J | | |
| 23. General Electric (GE) DIRA | A | Dividend | K | T | | | | | |
| 24. General Mills (GIS) DIRA | A | Dividend | K | T | | | | | |
| 25. Heineken (HEINY) DIRA | A | Dividend | K | T | | | | | |
| 26. Hershey Company DIRA | A | Dividend | K | T | | | | | |
| 27. Honeywell (HON) DIRA | A | Dividend | K | T | | | | | |
| 28. International Flavors & Fragrances (IFF) DIRA | A | Dividend | K | T | Buy | 02/20/18 | K | | |
| 29. Johnson & Johnson (JNJ) DIRA | B | Dividend | K | T | | | | | |
| 30. International Paper (IP) DIRA | B | Dividend | K | T | Buy | 02/16/18 | K | | |
| 31. Johnson Controls (JCI) DIRA | A | Dividend | | | Sold | 02/06/18 | K | A | |
| 32. Kellogg (K) DIRA | B | Dividend | K | T | | | | | |
| 33. Kimberly-Clark (KMB) DIRA | A | Dividend | K | T | | | | | |
| 34. Kraft Heinze Company (KHC) DIRA | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 5/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Leggett & Platt (LEG) DIRA | A | Dividend | | | Sold | 09/24/18 | K | A | |
| 36. Marriot International (MAR) DIRA | A | Dividend | K | T | Buy | 08/22/18 | K | | |
| 37. Martin Marietta Materials (MLM) DIRA | A | Dividend | K | T | | | | | |
| 38. McCormick & Co. (MCK) DIRA | B | Dividend | L | T | | | | | |
| 39. 3 M (MMM) DIRA | B | Dividend | K | T | | | | | |
| 40. Nestle (NSRGY) DIRA | B | Dividend | K | T | | | | | |
| 41. Pepsico (PEP) DIRA | B | Dividend | L | T | | | | | |
| 42. Proctor & Gamble (PG) DIRA | B | Dividend | L | T | Buy (add'l) | 01/26/18 | K | | |
| 43. Resideo Technologies (REZ) DIRA | A | Dividend | J | T | Spinoff (from line 27) | 10/29/18 | J | | |
| 44. Royal Dutch Shell (RDSB) DIRA | B | Dividend | K | T | | | | | |
| 45. Smucker (SJM) DIRA | A | Dividend | K | T | | | | | |
| 46. Tupperware (TUP) DIRA | A | Dividend | K | T | Buy | 06/20/18 | K | | |
| 47. Tutor Perini Corp. (TPC) DIRA | A | Dividend | K | T | Buy | 01/09/18 | K | | |
| 48. Unilever PLC (UN) DIRA | A | Dividend | K | T | | | | | |
| 49. United Technologies (UTX) DIRA | B | Dividend | L | T | | | | | |
| 50. Verizon (VZ) DIRA | A | Dividend | | | Sold | 08/08/18 | K | C | |
| 51. Fidelity Cash Reserves DIRA | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 5/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. First Citizens Bank A DAmeri | A | Dividend | K | T | | | | | |
| 54. First Citizens Bank B Preferred DAmeri | A | Dividend | K | T | | | | | |
| 55. General Mills (GIS) DAmeri | A | Dividend | J | T | | | | | |
| 56. Kellogg (K) DAmeri | A | Dividend | J | T | | | | | |
| 57. Cenovus Energy (CVE) DAmeri | A | Dividend | J | T | | | | | |
| 58. Amerprise Insured Money Market DAmeri | A | Interest | J | T | | | | | |
| 59. | | | | | | | | | |
| 60. Fidelity Equity Income/Cash Reserves (DMW/MMW) | A | Dividend | J | T | | | | | |
| 61. | | | | | | | | | |
| 62. American Electic & Power (AEP) BenIRA | C | Dividend | M | T | | | | | |
| 63. Anheuser Busch Inbev (BUD) BenIRA | B | Dividend | K | T | | | | | |
| 64. Coca Cola (KO) BenIRA | C | Dividend | L | T | | | | | |
| 65. Exelon (EXC) BenIRA | C | Dividend | L | T | | | | | |
| 66. FirstEnergy (FE) BenIRA | B | Dividend | L | T | | | | | |
| 67. General Mills (GIS) BenIRA | B | Dividend | L | T | | | | | |
| 68. Kellogg (K) BenIRA | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Kinder Morgan (KMI) BenIRA | A | Dividend | J | T | | | | | |
| 70. Smucker (SJM) BenIRA | B | Dividend | K | T | | | | | |
| 71. Fidelity Government Cash Reserves BenIRA | A | Dividend | L | T | | | | | |
| 72. | | | | | | | | | |
| 73. Fidelity Equity Income (MMW) | A | Dividend | J | T | | | | | |
| 74. | | | | | | | | | |
| 75. Fidelity Equity Income (KLB) | A | Dividend | J | T | | | | | |
| 76. | | | | | | | | | |
| 77. Vanguard Mutual Fund (401k) merge with Fidelity 2/2018 | A | Dividend | J | T | | | | | |
| 78. | | | | | | | | | |
| 79. Allegion (ALLE) KLBIRA | A | Dividend | J | T | | | | | |
| 80. Anheuser-Busch Inbev (BUD) KLBIRA | A | Dividend | J | T | | | | | |
| 81. Apple (AAPL) KLBIRA | A | Dividend | J | T | | | | | |
| 82. Campbell Soup (CPB) KLBIRA | A | Dividend | J | T | | | | | |
| 83. Clorox (CLX) KLBIRA | A | Dividend | J | T | | | | | |
| 84. Coco Cola (KO) KLBIRA | A | Dividend | J | T | | | | | |
| 85. Conagra (CAG) KLBIRA | A | Dividend | | | Sold | 05/23/18 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Warren, David M. | 5/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Cummins Inc. (CMI) KLBIRA | A | Dividend | J | T | | | | | |
| 87. Dominion Energy (D) KLBIRA | A | Dividend | J | T | Buy | 06/20/18 | J | | |
| 88. DowDupont(DWDP) KLBIRA | A | Dividend | J | T | | | | | |
| 89. Eaton (ETN) KLBIRA | A | Dividend | J | T | | | | | |
| 90. Exxon Mobil (XOM) KLBIRA | A | Dividend | J | T | | | | | |
| 91. Garrett Motion Inc. (GTX) KLBIRA | A | Dividend | J | T | Spinoff (from line 93) | 10/01/18 | J | | |
| 92. General Electric (GE) KLBIRA | A | Dividend | J | T | | | | | |
| 93. Honeywell (HON) KLBIRA | A | Dividend | J | T | | | | | |
| 94. Ingersoll-Rand PLC (IR) KLBIRA | A | Dividend | J | T | | | | | |
| 95. Kellogg (K) KLBIRA | A | Dividend | J | T | | | | | |
| 96. Kimberly Clark (KMB) KLBIRA | A | Dividend | J | T | | | | | |
| 97. 3M Company (MMM) KLBIRA | A | Dividend | J | T | | | | | |
| 98. McCormick & Co. (MKC) KLBIRA | A | Dividend | J | T | | | | | |
| 99. Nestle (NSRGY) KLBIRA | A | Dividend | J | T | | | | | |
| 100. Pepsico (PEP) KLBIRA | A | Dividend | J | T | | | | | |
| 101. Proctor & Gamble (PG) KLBIRA | A | Dividend | J | T | | | | | |
| 102. Prudential Financial (PRU) KLBIRA | A | Dividend | J | T | Buy | 06/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Warren, David M. | 5/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Resideo Technologies (REZ) KBLIRA | A | Dividend | J | T | Spinoff (from line 93) | 10/31/18 | J | | |
| 104. Seimens (SIEGY) KLBIRA | A | Dividend | J | T | | | | | |
| 105. Smucker (SJM) KLBIRA | A | Dividend | J | T | | | | | |
| 106. Sonoco (SON) KLBIRA | A | Dividend | J | T | | | | | |
| 107. Tupperware (TUP) KLBIRA | A | Dividend | J | T | Buy | 06/20/18 | J | | |
| 108. Unilever (UL) KLBIRA | A | Dividend | J | T | | | | | |
| 109. United Technologies (UTX) KLBIRA | A | Dividend | J | T | | | | | |
| 110. Fidelity Government Cash Reserves KLBIRA | A | Dividend | K | T | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 5/11/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I
Line 2: The Turner W. Battle Scholarship Trust is an asset of Rocky Mount Academy. David M. Warren has no ownership interest in the funds of approximartely $500,000. The interest from the principal is used to fund educational scholarships for students attending Rocky Mount Academy in Rocky Mount, NC.


Part II:
Line 1: The Poyner Spruill LLP Retirement Plan (pension) is currently underfunded but is insured by the Pension Benefit Guaranty Corp. David M. Warren does not have information on the performance of the pension plan and has not made contributions or withdrawals. He has no liability for its performance. The entry regarding this asset was removed from Part VII (listed in 2014 on line 8) as it is correctly reported as a pension interest in Part II.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David M. Warren**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544